

# NUMBER 13-08-00525-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**ELIJIO SANCHEZ,**                                                                                          **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                                                                    **Appellee.**

---

## On Appeal from the 347th District Court of Nueces County, Texas.

---

## MEMORANDUM OPINION

### Before Justices Yañez, Rodriguez, and Benavides
### Memorandum Opinion Per Curiam

Appellant, Elijio Sanchez, by and through his attorney, has filed a motion to non-suit appeal, requesting the Court dismiss his appeal. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the case, we grant the motion pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having dismissed the appeal at appellant's

request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

Memorandum Opinion delivered and filed
this the 26th day of March, 2009.